### SHEFTS et al. v. RIPPS.

No. 12995—Opinion Filed Sept. 16, 1924.

**Appeal and Error—Absence of Answer Brief —Reversal.**

Where the plaintiff in error has duly filed and served brief in compliance with the rule of the Supreme Court, and defendants have neither filed brief nor offered excuse for failure to do so, the Supreme Court will not search the record to find some theory upon which the judgment may be sustained; but, where the brief filed appears reasonably to sustain any assignment of prejudicial error, the judgment will be reversed.

(Syllabus by Jarman, C.)

Commissioners' Opinion, Division No. 2.

Error from District Court, Muskogee County; Benjamin B. Wheeler, Judge.

Action by Sam M. Ripps against H. B. Shefts and Blanche Shefts. Judgment for plaintiff, and defendants bring error. Reversed.

Francis Stewart, for plaintiffs in error.

Opinion by JARMAN, C. This is an ap-

peal from the district court of Muskogee county. The plaintiffs in error filed their brief November 30, 1923. No brief has been filed by the defendant in error and no extension of time has been given to file same and no reason has been assigned by the defendant in error as to why he has not filed brief. The brief of the plaintiffs in error appears to reasonably sustain the assignments of error, and under the rule of this court, the record will not be searched to find some theory upon which the judgment of the lower court may be sustained.

The judgment of the trial court is reversed and the cause remanded with instructions to the trial court to reinstate the appeal and permit proper amendments of the appeal bond.

By the Court: It is so ordered.